| | |
|---|---|
| 1 | JAN E. EAKINS (SB# 100612) |
| | janeakins@paulhastings.com |
| 2 | NOAM GLICK (SB# 251582) |
| | noamglick@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 515 South Flower Street |
| 4 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 5 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 6 | |
| 7 | Attorneys for Defendant |
| | TARGET CORPORATION |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CAMPOS, | CASE NO. SAC 10-01073-JVS (MLGx) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| TARGET CORPORATION, a Minnesota Corporation; and DOES 1-25, inclusive, | |
| Defendants. | |

LEGAL_US_W # 66644065.1

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between the parties through their respective counsel that this action be dismissed in its entirety against Defendant Target Corporation with prejudice. Each party to bear his/its own attorneys' fees and costs, if any, with respect to this action.

DATED: November __, 2010    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
           Noam Glick

Attorneys for Defendant
TARGET CORPORATION

DATED: November ___, 2010    LAW OFFICES OF PAUL RICHARD PETERS

By: _____
           Paul Richard Peters

Attorneys for Plaintiff
VICTOR CAMPOS

IT IS SO ORDERED.

DATED: December 15, 2010   _____
                           Hon. James V Selna
                           Judge, United States District Court

LEGAL_US_W # 66644065.1            -2-

STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE